# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS EL PASO DIVISION

| | |
|---|---|
| CONNEL WEST TRUCKING CO., INC., FIDADELFO JUAREZ and GUCHARAN SINGH, <br><br>      Plaintiffs, <br><br> v. <br><br> ESTES EXPRESS LINES and CAROLYN DRIGGARS as Representative of the Estate of DEBORAH REGAN, <br><br>      Defendants. <br><br>――――――――――――――――― <br><br> ESTES EXPRESS LINES, <br><br>      Third-Party Plaintiff, <br><br> v. <br><br> VELOCITY TRUCK CENTERS, <br><br>      Third-Party Defendant. <br><br>――――――――――――――――― | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § Cause No. EP-20-CV-312-KC |

## FINAL JUDGMENT AS TO VELOCITY TRUCK CENTERS

The Court, on July 27, 2021, granted Velocity Truck Centers, LLC's Amended Motion to Dismiss for Lack of Personal Jurisdiction. Third-Party Defendant Velocity Truck Centers has filed a Motion requesting the Court to enter a Final Judgment dismissing the Third-Party Complaint asserted against it pursuant to Fed. R. Civ. P. 54(b).   The Court determines that there is no just reason for delay in entering a Final Judgment dismissing Estes Express Lines' Third-

Party Complaint against Velocity Truck Centers, LLC due to a lack of personal jurisdiction over it. It is therefore

**ORDERED, ADJUDGED** and **DECREED** that Defendant and Third-Party Plaintiff Estes Express Lines' Third-Party Complaint against Third-Party Defendant Velocity Truck Centers, LLC [ECF No. 29] is hereby in all things DISMISSED due to lack of personal jurisdiction over Velocity Truck Centers, LLC in this case; and that Velocity Truck Centers, LLC is hereby **DISMISSED** as a party to this case.

**SO ORDERED.**

**SIGNED** this 30th day of July, 2021.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2